UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE JOSEPHINE CARBAJAL,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | No. 2:19-cv-988-EFB<br><br><br>ORDER TO SHOW CAUSE |

Pursuant to the court's scheduling order, plaintiff was required to file her motion for summary judgment by no later than October 28, 2019. ECF No. 5. As of the date of this order, plaintiff has not filed her motion for summary judgment. Local Rule 110 provides that failure to comply with the court orders "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, it is hereby ORDERED that:

1. Plaintiff shall show cause, in writing, no later than April 20, 2020, why sanctions should not be imposed for her failure to timely file her motion for summary judgment.

2. Plaintiff shall file her motion for summary judgment no later than April 20, 2020.

/////

/////

1

3. Failure to comply with this order will result in dismissal of this action for lack of prosecution and/or failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b).

DATED: March 30, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE