UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROSALIE JOSEPHINE CARBAJAL,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>    Defendant. | CIVIL NO. 2:19-cv-00988-EFB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFNDANT'S MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

**[~~PROPOSED~~] ORDER**

For good cause appearing therein, IT IS HEREBY ORDERED that the Motion for Second Extension of Time for Defendant Respond to Plaintiff's Motion for Summary Judgment is hereby GRANTED. Defendant shall file his Cross-Motion and Opposition to Plaintiff's Motion on or before **<u>July 10, 2020</u>**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: June 11, 2020

_____
THE HONORABLE EDMUND F. BRENNAN
U.S. MAGISTRATE JUDGE

[~~Proposed~~] Order Granting Motion for Extension of Time, Case No. 2:19-cv-00988-EFB